# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOCTOR JOHN'S INC., <br><br> Plaintiff, <br><br> v. <br><br> VILLAGE OF CAHOKIA, ILLINOIS, <br><br> Defendant. | Case No. 3:18-cv-00171-JPG-RJD |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: January 31, 2019

                                                **MARGARET M. ROBERTIE,**
                                                Clerk of Court

                                                **BY:**   _s/ Tina Gray_
                                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**